Stewart ARCHIE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60387.

Missouri Court of Appeals, Western District.

Oct. 29, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Dec. 24, 2002.

Application for Transfer Denied Jan. 28, 2003.

Andrew A. Schroeder, Assistant State Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea M. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Mr. Stewart Archie appeals from the judgment of the motion court, denying his motion for post-conviction relief under Rule 29.15.

For the reasons set forth in the memorandum to the parties, we affirm. Rule 84.16(b).